RENFIELD IMPORTERS, LTD., Plaintiff-Appellee, *v.* FOREMOST SALES PROMOTIONS, INC., Defendant-Appellant.

(No. 57238; ▮▮▮▮▮▮▮▮▮

First District (3rd Division)—July 18, 1974.

578

Opinion by Mr. JUSTICE DEMPSEY.

Allen H. Schultz, of Chicago, for appellant.

Neal D. Rosenfeld, of Biro, Karmel and Rosenfeld, of Chicago, for appellee.